| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK | BRIAN ZEIGER, Esq.<br>1500 JFK Blvd Suite 620A<br>Philadelphia, PA 19102 |

| | |
|---|---|
| NICOLE M. FRYE, ADMINISTRATOR OF THE ESTATE OF JAMES HUBER<br><br>Plaintiff(s)<br><br>- against -<br><br>ANTHONY NIGRO<br><br>Defendant(s) | **AFFIDAVIT OF SERVICE**<br>SUITABLE AGE PERSON<br><br>Index #: **22-cv-597** |

STATE OF NEW YORK ) 
) ss:    Our Job #: 7057915
COUNTY OF ERIE )

**Derek Vasquez**, being duly sworn, deposes and says: I am over the age of 18 years, not a party to this action, and reside in the State of New York.

On **Monday, August 08, 2022** at **5:37 PM** at **7139 COMBS DR, HAMBURG, NY 14075**

I served the within **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; CIVIL ACTION COMPLAINT**, bearing Index # **22-cv-597**

On **ANTHONY NIGRO** in the following manner:

**SUITABLE AGE PERSON:** By personally delivering a true copy the documents to **Shana Amer (Co-Resident)**, a person of suitable age and discretion who confirmed that this was the place of residence/usual place of abode of **ANTHONY NIGRO**.

On **08/09/2022**, I completed service by mailing a true copy of the documents in a sealed postage paid envelope, bearing the legend "Personal and Confidential" and not indicating on the outside thereof that the communication is from an attorney or concerns an action against the person to be served, properly addressed to Defendant(s) at the said address by USPS First Class Mail.

Approximate Description of Person Documents Were Left With:
Sex: **Female**, Skin/Race: **Light**, Hair Color: **Brown**, Age: **35**, Height: **5ft 5in**, Weight: **120**

**Additional Details:** Shana is Anthonys fiance.

**Military Status**: I asked the person the documents were left with if Defendant(s) was in the military service whatsoever and the person served responded in the negative.

Sworn to and subscribed before me on
08/09/2022

Jacqueline L. Balikowski
Commissioner of Deeds
City of Buffalo, State of New York
My Commission Expires 12/31/22

Derek Vasquez
Process Server

WNY Process Service, LLC
*Main Office*
1260 Delaware Ave.
Buffalo, NY 14209
Service@WNYProcess.com