AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| WESTERN | District of | NEW YORK |
|---|---|---|

Nicole M. Frye (Administrator of the Estate of James M. Huber)

Plaintiff(s),

V.

Anthony Nigro

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 22-cv-00597

Notice is hereby given that, subject to approval by the court, __Defendant Anthony Nigro__ substitutes
(Party (s) Name)

__Cheryl Meyers Buth, Esq.__ , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Daniel E. Strollo, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Meyers Buth Law Group pllc |
| Address: | 21 Princeton Place - Suite 105, Orchard Park, NY 14127 |
| Telephone: | (716) 508-8598     Facsimile  (716) 625-1515 |
| E-Mail (Optional): | cmbuth@mblg.us |

I consent to the above substitution.

Date: __October 12, 2023__

(Signature of Party (s))

I consent to being substituted.

Date: __10/12/23__

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: __10/12/23__

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __10/13/23__

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]