IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nicole M. Frye, Administrator of the Estate of James M. Huber<br>   Plaintiff, | : TRIAL BY JURY<br>:<br>: CIVIL ACTION NO. 22-597 |
| v. | : |
| Anthony Nigro<br>   Defendant. | :<br>: |

## ORDER

AND NOW this 23rd day of October, 2023 upon consideration of Plaintiff's Second Motion to for Default Judgement against the Defendant pursuant to Federal Rule of Civil Procedure 55(b)(2), it appearing the Defendant has failed to make initial disclosures or answer Plaintiff's discovery requests, or otherwise defend, and in violation of Rule 37(b)(2)(A), and in violation of this Court's Orders at ECF 13 and ECF 16, default judgment is hereby entered against Defendant Anthony Nigro is hereby entered pursuant to Federal Rule of Civil Procedure 55(b).

*Christina Reiss*
U.S. District Court Judge

1