Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| NICOLE M. FRYE<br>Administrator of the Estate of James M. Huber<br><br>v.<br><br>ANTHONY NIGRO | **DEFAULT JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 22-CV-597 |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Plaintiff's Second Motion for Default Judgment is Granted against Defendant for failure to make initial disclosures or answer Plaintiff's discovery requests, or otherwise defend, in violation of a Court Order pursuant to Federal Rule of Civil Procedure 55(b).

| | |
|---|---|
| Date: October 24, 2023 | MARY C. LOEWENGUTH<br>CLERK OF COURT<br><br>By: s/ Jennifer V.<br>      Deputy Clerk |