IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nicole M. Frye, Administrator of the Estate of James M. Huber<br>45 Crestwood Ln.<br>North East, PA, 16428<br>Plaintiff. | TRIAL BY JURY<br><br>CIVIL ACTION NO. 22-597 |
| v. | |
| Anthony Nigro<br>3331 Trooper Paul Kurdys Way<br>Buffalo, NY 14225<br>Defendant. | |

**AFFIDAVIT**

Nicole M. Frye, being duly sworn deposes and says:

1. I am the Administrator of the Estate of James M. Huber and plaintiff in the above case.

2. James M. Huber was a resident of the Erie County, Commonwealth of Pennsylvania. He died on August February 12, 2022 at the age of 38.

3. On May 27, 2022, I was granted Letters of Administration with limitations by the Court of Common Pleas of Erie County of the Commonwealth of Pennsylvania. (Exhibit A). To date, these letters have not been revoked and are presently in full force and effect.

4. I submit this Affidavit in support of an application to settle the above claim for Excessive Force under 42 U.S.C. 1983, resulting in James M. Huber's pain and suffering and death.

5. As more fully set forth in the Affirmation of my attorney Brian J. Zeiger, Esquire, I believe my brother James Huber's untimely death was a result of intentional acts on the part of Defendant Anthony Nigro to use Excessive Force in violation of 42 USC 1983.

6. After having been advised by my attorney concerning the extent of recoverable damages and the limit of damages that I could expect to recover in this action, and also recognizing the

uncertainty involved in any contested litigation, I believe that it would be in the best interest to resolve this case based upon Defendant's settlement offer of One Million Six Hundred Seventy Five Thousand Dollars ($1,675,000.00).

7. Resolving this case would avoid a significant commitment of additional time, as well as the expense of seeking to recover a judgment that would not appear to significantly exceed the amount of the current settlement offer, and it will bring closure to this matter for me.

8. It is my understanding that attorneys' fees to be charged in this case will be equal to a blended rate of 40% to all adult beneficiaries and 25% to all of the minor beneficiaries of the amount recovered, net of expenses, or $586,250.00.

9. It is further my understanding that the following disbursements have been incurred by my attorney in connection with handling this case are as follows:

**Costs**

| Date | Description | Amount |
|---|---|---|
| 8/31/22 | Filing Fees | $ 402.00 |
| 8/31/22 | Service | 195.00 |
| 4/18/22 | Estate set up fees and costs | 4,418.66 |
| | Total Costs | $ 5,015.66 |

10. After payment of attorneys' fees and expenses the net settlement due to the estate is $1,083734.34.

WHEREFORE, it is respectfully requested that this Court grant an Order approving the proposed settlement in all respects, an providing for payment from the settlement proceeds of the expenses incurred by Levin & Zeiger LLP in connection with the prosecution of this action in the amount of $5,015.66; providing for attorney's fees to Levin & Zeiger LLP in the amount of $586,250.00; and directing the Estate Administrator to apply to the Court of Common Pleas of Erie County of the Commonwealth of Pennsylvania, for an Order of Distribution of the net proceeds of the

settlement pursuant to Title 20 of Pennsylvania's Decedents, Estates and Fiduciaries Law, together with such other and further relief this Court deems just and proper.

*Nicole M Frye*
_____
Nicole Frye

Subscribed and sworn to before me
this 9TH day of May 2024.

*Amanda St. John*
_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Amanda St. John, Notary Public
Philadelphia County
My commission expires July 11, 2026
Commission number 1267526
Member, Pennsylvania Association of Notaries

# EXHIBIT A

**COMMONWEALTH OF PENNSYLVANIA**          **SHORT CERTIFICATE**
**COUNTY OF ERIE**

I, _AUBREA HAGERTY-HAYNES_
Register for the Probate of Wills and Granting
Letters of Administration in and for
ERIE County, do hereby certify that on
the 27th day of May, Two Thousand and Twenty
-Two,
Letters of ADMINISTRATION
in common form were granted by the Register of
said County, on the

estate of _HUBER JAMES M_, late of NORTH EAST BORO
(Last, First, Middle)

a/k/a _HUBER JAMES MATHEW_
in said county, deceased, to _FRYE NICOLE M_
(Last, First, Middle)
and that same has not since been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the
seal of said office at ERIE, PENNSYLVANIA, this 1st day of June
Two Thousand and Twenty-Two.

File No.      _25-22-00924_
Date of Death _2/12/2022_
S.S. #        _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_

*[signature]*
Register Of Wills

NOT VALID WITHOUT ORIGINAL SIGNATURE AND IMPRESSED SEAL