IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Nicole M. Frye, Administrator of the Estate of James M. Huber<br>45 Crestwood Ln.<br>North East, PA, 16428 | :<br>:<br>:<br>: | TRIAL BY JURY<br><br>CIVIL ACTION NO. 22-597 |
| Plaintiff. | :<br>: | |
| v. | :<br>: | |
| Anthony Nigro<br>3331 Trooper Paul Kurdys Way<br>Buffalo, NY 14225 | :<br>:<br>: | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 8, 2024, I electronically filed the foregoing Notice of Motion, Attorney Affirmation in Support and Affidavit of Nicole Frye with the Clerk of the District Court using its CM/ECF system, which electronically notified the following CM/ECF participants on this case:

>Cheryl Meyers Buth, Esquire
>MEYERS BUTH LAW GROUP pllc
>Attorneys for Defendant
>21 Princeton Place, Ste. 105
>Orchard Park, New York 14127
>(716) 508-8598
>cmbuth@mblg.us


>/s/ Brian J. Zeiger, Esquire